In the Matter of the Application of J. EDWARD SIM-
MONS et al., Constituting the Board of Water Supply
of the City of New York, Appellants, to Acquire Real
Estate in the City of Yonkers, Required in the Con-
struction of Hill View Reservoir.

DAVID H. KING, Respondent.

*Matter of Simmons*, 157 App. Div. 938, affirmed.
(Argued October 23, 1913; decided November 18, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 27, 1913, which affirmed an order of Special Term
confirming the report of commissioners of appraisal in
the above-entitled proceeding.

*Archibald R. Watson, Corporation Counsel* (*H. T.
Dykeman* and *Charles Wesley* of counsel), for appellants.

*Benjamin Trapnell* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN,
CUDDEBACK, HOGAN and MILLER, JJ.